

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTORIA POMPEY | CA NO. 04-3357 |
| | JUDGE BARBIER |
| VERSUS | |
| | MAG. JUDGE ROBY |
| IMMUNEX CORPORATION, ET AL | |

### DEFENDANT WYETH'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, Defendant Wyeth hereby requests oral argument on its Motion for Summary Judgment. Because of the nature of the issues involved in this case, Wyeth believes that oral argument will assist the Court in deciding the motion.

RESPECTFULLY SUBMITTED,

*Mindy B. Patrón*

**MINDY BRICKMAN PATRÓN (23891)**
McGLINCHEY STAFFORD PLLC
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

**ATTORNEY FOR DEFENDANT WYETH**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be mailed a true and correct copy of the foregoing pleading this 1st day of September, 2006, by U.S. mail, postage prepaid and properly addressed, to all counsel of record.

*Mindy B. Patron*
MINDY B. PATRÓN