```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

VICTORIA POMPEY                              CIVIL ACTION

VERSUS                                       NO: 04-3357

IMMUNEX CORPORATION, ET AL.                  SECTION: "J" (4)

### ORDER

Before the Court are Motions for Summary Judgement by all defendants. (Docs. 33 and 37.) Counsel for plaintiff has communicated to the Court that she is unable to make a viable opposition to the motions. The Court finds that the non-constitutional arguments of the defendants have merit. Plaintiff is unable to recover from any defendant.

Accordingly,

**IT IS ORDERED** that The Immunex Defendants' Motion for Summary Judgement (Doc. 33) is **GRANTED**;

**IT IS FURTHER ORDERED** that Defendant Wyeth's Motion for Summary Judgment (Doc. 37) is **GRANTED**;

**IT IS FURTHER ORDERED** that oral arguments currently

scheduled in this case for September 13, 2006 are **CANCELLED**;

    **IT IS FURTHER ORDERED** that plaintiff Victoria Pompey's claims are **DISMISSED WITH PREJUDICE.**

    New Orleans, Louisiana this the 7th day of September, 2006.

```
                                    _____
                                    CARL J. BARBIER
                                    UNITED STATES DISTRICT JUDGE
```